## HAROLD L. ALT

### *vs.*

## HARRY H. CANNELL, Adm'r. c. t. a. of the Estate
## of ELIZA L. MAGUIRE.

Cumberland County.    Decided February 10, 1927.    Action of
assumpsit to recover for twenty-three months' room and board of
Eliza L. Maguire in the home of the plaintiff in Shanghai, China.
The plaintiff is the husband of the grand daughter of Mrs. Maguire
who at the time of the alleged services was almost eighty.    She had
made her home with the plaintiff for some years in this country and
went with him and his family to Shanghai when he moved there.
The jury found for the plaintiff for the period claimed at $75 per

month. The case comes before this Court on a motion for new trial on the usual grounds. The law of this State in cases of this kind is definitely settled, *Bryant* vs. *Fogg*, 125 Me. 420, and cases cited. The issue here was one of fact, whether under the circumstances the services were rendered on the basis of contract or not. The determination of that issue in cases like this is "peculiarly the province of the jury." There was evidence to support the verdict. It cannot be said that the record discloses any sound reason to disturb it. Motion overruled. *Harry A. Nickerson and Frank H. Haskell,* for plaintiff. *William A. Connellan and Elton H. Thompson,* for defendant.